UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FALGOON PATEL,

    Plaintiff,

v.                                                 Case No: 8:23-cv-329-CEH-UAM

KHP DEVELOPERS INC., et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on August 2, 2023 (Doc. 21). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the parties' Joint Motion to Approve FLSA Settlement and Dismiss this Action With Prejudice (Doc. 19) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now

**ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement and Dismiss this Action With Prejudice (Doc. 19) is **GRANTED**.

(3) The FLSA Settlement Agreement (Doc. 19-1) is accepted, adopted, and approved by the Court, as it constitutes a fair and reasonable resolution of the parties' dispute. The parties are ordered to comply with the terms of the settlement agreement.

(4) This action is **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to terminate all pending deadlines and to close the case.

**DONE AND ORDERED** at Tampa, Florida on August 28, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record